## IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:18-cv-03248-KMT

Christopher and Gabriella Waller,

    Plaintiffs,

Virtuoso Sourcing Group, LLC,

    Defendant.

## **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to Fed.R.Civ. P.41(a)(1)(A)(ii) and (B), the above-captioned action is hereby dismissed in its entirety without prejudice and without costs to any party.

| Christopher and Gabriella Waller | Virtuoso Sourcing Group, LLC |
|---|---|
| ___*/s/ Sergei Lemberg*_____ | __*/s/ Irvin Borenstein*_____ |
| Sergei Lemberg, Esq.<br>Lemberg Law, LLC<br>43 Danbury Road, Third Floor<br>Wilton, CT 06897<br>Telephone: (203) 653-2250<br>slemberg@lemberglaw.com<br>Attorneys for Plaintiffs | Irvin Borenstein, Esq.<br>Borenstein & Associates, LLC<br>7200 S. Alton Way, Suite B180<br>Centennial, CO 80112<br>Telephone: (303) 768-0200<br>irv@ibalegal.com<br>Attorney for Defendant |

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 15, 2019, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Colorado Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By */s/ Sergei Lemberg*_____
Sergei Lemberg, Esq.